IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02501-CMA-BNB

CAROL EVE MOON,

Plaintiff,

v.

THE CITY OF BOULDER, STATE OF COLORADO,
KRISTEN NOLAN, Boulder Police Officer,
MELANIE PATTERSON, Boulder Police Officer, and
JEREMY FRENZEN, Boulder Police Officer,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion to Vacate and Reschedule Scheduling Conference and Extend Time to Respond to Plaintiff's Complaint** [docket no. 13, filed January 22, 2009] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED. All defendants shall answer or respond to the plaintiff's complaint on or before **March 20, 2009**.

      IT IS FURTHER ORDERED that the Scheduling Conference set for February 9, 2009, is **vacated and reset to April 14, 2009, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **April 7, 2009**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: January 23, 2009