IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02501-CMA-BNB

CAROL EVE MOON,

Plaintiff,

v.

THE CITY OF BOULDER, STATE OF COLORADO,
KRISTEN NOLAN, Boulder Police Officer,
MELANIE PATTERSON, Boulder Police Officer, and
JEREMY FRENZEN, Boulder Police Officer,

Defendants.

_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference. The proposed scheduling order was refused for the reasons stated on the record.

IT IS ORDERED that a supplemental scheduling conference is set for **May 21, 2009, at 10:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall confer and shall submit on or before **May 18, 2009**, a revised scheduling order modified as discussed this morning.

IT IS FURTHER ORDERED that the plaintiff shall submit a revised scheduling order to the defendants on or before May 14, 2009, for their review; make her Rule 26(a)(1) disclosures to the defendants on or before May 14, 2009; and submit a confidential settlement statement to my chambers only on or before May 18, 2009.

Dated April 14, 2009.

                                    BY THE COURT:

                                    s/ Boyd N. Boland
                                    United States Magistrate Judge