IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02501-CMA-BNB

CAROL EVE MOON,

Plaintiff,

v.

THE CITY OF BOULDER, STATE OF COLORADO,
KRISTEN NOLAN, Boulder Police Officer,
MELANIE PATTERSON, Boulder Police Officer, and
JEREMY FRENZEN, Boulder Police Officer,

Defendants.

_____

## ORDER
_____

This matter arises on **Defendant's Motion to Compel Production of Records or Alternatively Compel Responses to Requests for Production of Documents** [Doc. #62, filed 12/16/2009] (the "Motion").

I previously entered a Minute Order directing the plaintiff to respond to the Motion [Doc. #67].  However, in light of the district judge's order granting the plaintiff three months within which to obtain new counsel and staying all deadlines during the three month period [Doc. #64], I hereby vacate my Minute Order and deny the Motion without prejudice, subject to refiling, if necessary, after the stay has been lifted or expires.

IT IS ORDERED that the Minute Order entered on December 18, 2009 [Doc. #67] is VACATED.

IT IS FURTHER ORDERED that the Motion is DENIED without prejudice.

Dated December 18, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge