IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02501-CMA-BNB

CAROL EVE MOON,

Plaintiff,

v.

THE CITY OF BOULDER, STATE OF COLORADO,
KRISTEN NOLAN, Boulder Police Officer,
MELANIE PATTERSON, Boulder Police Officer, and
JEREMY FRENZEN, Boulder Police Officer,

Defendants.

## ORDER

I am informed that this case has been resolved, subject to the satisfaction of one contingency within the next 90 days. Accordingly,

IT IS ORDERED that on or before July 8, 2010, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated April 8, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

1