**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02501-CMA-BNB

CAROL EVE MOON,

    Plaintiff,

v.

THE CITY OF BOULDER, STATE OF COLORADO,
KRISTEN NOLAN, Boulder Police Officer,
MELANIE PATTERSON, Boulder Police Officer, and
JEREMY FRENZEN, Boulder Police Officer,

    Defendants.

## ORDER OF ADMINISTRATIVE CLOSURE

    This matter is before the Court on review of Defendants' Status Report Regarding Medicare Settlement (Doc. # 97).  The parties indicate the issues in this case have been resolved, conditioned upon Plaintiff's resolution of the Medicare lien issues. Although it appears the parties have been diligent in attempting to address this last condition to the settlement, Medicare has not yet responded to Plaintiff's request.

    Because there appears to be nothing left for this Court to do in this case, the Court finds that, rather than leaving this case open for months pending a response by Medicare, this case should be administratively closed pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened when the Medicare issues have been resolved. Accordingly, it is

ORDERED that the Clerk of the Court shall ADMINISTRATIVELY CLOSE this action pursuant to D.C.COLO.LCivR 41.2, with leave to be reopened by the parties for purposes of filing their settlement agreement and requesting that the case be dismissed.

DATED:  May   18  , 2011

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge