IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 08-cv-02501-CMA-BNB

CAROL EVE MOON,

    Plaintiff,

v.

THE CITY OF BOULDER, STATE OF COLORADO,
KRISTEN NOLAN, Boulder Police Officer,
MELANIE PATTERSON, Boulder Police Officer, and
JEREMY FRENZEN, Boulder Police Officer,

    Defendants.

---

## ORDER REGARDING STATUS REPORTS

---

This matter is before the Court on Defendants' Status Report (Doc. # 109 at 3), filed on March 20, 2013. In this Status Report, Defendants request that they be excused from the drafting of quarterly reports until such time as Plaintiff documents the efforts made to comply with the steps outlined in the Status Report as directed by MSPRC.[1]

---

[1] The appropriate procedure for requesting relief from the Court is by motion "made in a separate paper." D.C.COLO.LCivR 7.1C. Here, Defendants included their request in the Status Report. Thus, Defendants' counsel is advised to make any future requests by motion in "separate paper."

Having been fully advised in the premises, it is

ORDERED that Defendants are excused from the drafting of quarterly reports until further order of the Court.

Completion of the settlement of this matter has been languishing for more than two years and it appears to the Court that much of the delay is due to inaction on the part of Plaintiff. Therefore, it is

FURTHER ORDERED that Plaintiff has 30 days from the date of this Order to provide this Court with confirmation of her submission of the information and documentation requested by MSPRC. Failure to provide evidence of such submission to the Court may result in a dismissal of this case for failure to prosecute.

DATED: April __03__, 2013

                              BY THE COURT:

*Christine M. Arguello* (signature)

CHRISTINE M. ARGUELLO
United States District Judge