IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 08-cv-02501-CMA-BNB

CAROL EVE MOON,

    Plaintiff,

v.

THE CITY OF BOULDER, STATE OF COLORADO,
KRISTEN NOLAN, Boulder Police Officer,
MELANIE PATTERSON, Boulder Police Officer, and
JEREMY FRENZEN, Boulder Police Officer,

    Defendants.

---

**ORDER REGARDING SETTLEMENT AGREEMENT**

---

This matter is before the Court on Plaintiff's Notification of Medicare Secondary Payer Recovery Contractor's (MSPRC) Acceptance of Plaintiff's Self-Calculated Final Conditional Payment Amount (Doc. # 114), filed on April 26, 2013.  In this filing, Plaintiff requests that Defendants provide her with a original, signed, and notarized settlement agreement and release so that she may obey MSPRC's request that she provide a settlement agreement signed by all parties.  (*Id.* at 1.)

Having reviewed this filing and the attached exhibits, it is

ORDERED that **by no later than May 13, 2013,** Defendants shall either provide to Plaintiff the requested signed settlement agreement or file a Motion for

Reconsideration with this Court, explaining why they are unable to provide the requested signed settlement agreement.

DATED: April   29  , 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge