IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 08-cv-02501-CMA-BNB

CAROL EVE MOON,

    Plaintiff,

v.

THE CITY OF BOULDER, STATE OF COLORADO,
KRISTEN NOLAN, Boulder Police Officer,
MELANIE PATTERSON, Boulder Police Officer, and
JEREMY FRENZEN, Boulder Police Officer,

    Defendants.

---

## ORDER GRANTING DISMISSAL OF DEFENDANT CITY OF BOULDER, WITH PREJUDICE

---

This matter is before the Court on the parties' Joint Stipulated Motion to Dismiss Plaintiff Moon's Claims Against The City of Boulder, With Prejudice (Doc. # 116). The Court having read the motion and having been fully advised, hereby:

GRANTS the Motion and ORDERS that Plaintiff's claims against Defendant The City of Boulder are DISMISSED WITH PREJUDICE, each party to bear her or its own costs and expenses, including all attorney fees, in their entirety.

DATED:  May  09 , 2013

                                                    BY THE COURT:

                                                    _____
                                                    CHRISTINE M. ARGUELLO
                                                    United States District Judge