IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 08-cv-02501-CMA-BNB

CAROL EVE MOON,

    Plaintiff,

v.

THE CITY OF BOULDER, STATE OF COLORADO,
KRISTEN NOLAN, Boulder Police Officer,
MELANIE PATTERSON, Boulder Police Officer, and
JEREMY FRENZEN, Boulder Police Officer,

    Defendants.

---

**ORDER GRANTING DISMISSAL OF DEFENDANTS
KRISTEN NOLAN, MELANIE PATTERSON, AND JEREMY FRENZEN,
WITH PREJUDICE AND DISMISSAL OF CASE**

---

This matter is before the Court on the parties' Joint Stipulated Motion to Dismiss Plaintiff Moon's Claims Against Kristen Nolan, Melanie Patterson and Jeremy Frenzen, With Prejudice (Doc. # 117). The Court having read the motion and having been fully advised, hereby:

GRANTS the Motion and ORDERS that Plaintiff's claims against Defendants Kristen Nolan, Melanie Patterson, and Jeremy Frenzen are DISMISSED WITH PREJUDICE, each party to bear his, her or its own costs and expenses, including all attorney fees, in their entirety. It is

FURTHER ORDERED that this case is DISMISSED WITH PREJUDICE in its entirety.

DATED:  May   09  , 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge